PETER A. LINDH (061907)
plindh@gibsonrobb.com
MARKER E. LOVELL, JR. (208659)
mlovell@gibsonrobb.com
CHELSEA D. YUAN (240559)
cyuan@gibsonrobb.com
GIBSON ROBB & LINDH LLP
100 First Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 348-6000
Facsimile: (415) 348-6001

Attorneys for Plaintiffs-in-Limitation
MURTHA & MURTHA, INC., and
MURTHA FAMILY TRUST DTD 5/22/96

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the matter of MURTHA & MURTHA, INC., a California corporation, as *pro hac vice* owner, and MURTHA FAMILY TRUST DTD 5/22/96, as owner of F/V MARY VINCENT, O.N. 632207, for exoneration from or limitation of liability

Case No. 5992 VRW

[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE AND PUBLICATION THEREOF, AND RESTRAINING ORDER

WHEREAS, this complaint for exoneration from or limitation of liability is being filed simultaneously with this [proposed] order by Plaintiffs-in-Limitation MURTHA & MURTHA, INC., and MURTHA FAMILY TRUST DTD 5/22/96 (hereinafter "Plaintiffs-in-Limitation") as owner *pro hac vice* and owner, respectively, of the F/V MARY VINCENT, O.N. 632207, wherein Plaintiffs-in-Limitation seek exoneration from or limitation of liability for any and all losses, injuries, and/or damages occasioned as a result of the incident aboard the F/V MARY VINCENT resulting in the death of Walter Mendivil on or about August 17, 2009, in Ilwaco, Washington, and certain other relief; and

WHEREAS, the complaint having stated the facts and circumstances upon which said exoneration or limitation is claimed; and

///

1  WHEREAS, it appearing that the claims that may be made against Plaintiffs-in-
2  Limitation may be in amounts which will exceed the value of Plaintiffs-in-Limitation's interest in
3  the vessel F/V MARY VINCENT for losses, injuries, and/or damages said to have been
4  occasioned or incurred in consequence of the aforesaid voyage; and

5  WHEREAS, Plaintiffs-in-Limitation's surety has given security for damages in costs
6  herein;

7  AND NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for
8  Plaintiffs-in-Limitation, it is hereby:

9  ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted
10 with this Order, to all persons or entities asserting claims with respect to which the complaint
11 seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk
12 of the Court and serve attorneys for Plaintiffs-in-Limitation with a copy thereof within 30 days of
13 the issuance of the notice;

14 AND IT IS FURTHER ORDERED that public notice shall be given by publication
15 thereof in the legal newspaper known as "The Recorder," and that such notice shall be published
16 once a week for four consecutive weeks prior to the date affixed herein for filing of claims;

17 AND IT IS FURTHER ORDERED that not later than the date of the second publication
18 of said notice, Plaintiffs-in-Limitation shall mail a copy of said notice to every person or concern,
19 if any, known to have made any claim against Plaintiffs-in-Limitation and to decedent at the
20 decedent's last known address and to any person who shall be known to have made a claim on
21 account of such death, as a result of the incident involving the F/V MARY VINCENT on or
22 about August 17, 2009;

23 AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits,
24 actions or proceedings which may already have begun against Plaintiffs-in-Limitation in any
25 court whatsoever to recover damages arising out of, or occasioned by, or consequent upon the
26 aforesaid voyage or trip on which the F/V MARY VINCENT was engaged during which Walter
27 Mendivil was lost, and institution or prosecution of any suits, actions or legal proceedings of any
28 nature description whatsoever in any court wheresoever, except in this proceeding for

exoneration from or limitation of liability, against Plaintiffs-in-Limitation, in respect of any claim or claims arising out of the aforesaid voyager trip on which the F/V MARY VINCENT was then engaged, or otherwise subject to limitation proceeding, be and the same are hereby are stayed and restrained;

AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining order shall be served by certified mail, return receipt requested, on the person or persons, or entity or entities, to be restrained, or to their respective attorneys or representatives;

AND IT IS FURTHER ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

IT IS SO ORDERED.

Dated: __2 March_____, ~~2009~~ 2010   By: 

U.S. District Court